AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Solange Elena Dimetti Escalona, | ) | Case No.  17 - 9449 M J |
| a.k.a.: Solange Dimetti-Escalona, | ) | |
| a.k.a: Solange Elena Rojas, | ) | |
| (A076 633 290) | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 19, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Solange Elena Dimetti Escalona, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Los Angeles, California, on or about January 22, 1998, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY:  Charles E. Bailey, P.S. for AUSA Natalie Huddleston

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  September 20, 2017

_____
*Judge's signature*

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

City and state:  Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1.  Your affiant is a Deportation Officer with United States Immigration and Customs
    Enforcement (ICE). I have learned from direct participation in the investigation and
    from the reports and communications of other agents and officers the facts recited
    herein.

2.  On September 19, 2017, while following a lead, officers with the Phoenix ICE
    Fugitive Operations Team (FOT) encountered Solange Elena Dimetti Escalona at the
    Maricopa County Adult Probation office, located at 245 N. Centennial Way, in Mesa,
    Arizona. At the scene, FOT Officer P. Stewart interviewed Dimetti Escalona and
    determined her to be a citizen of Chile, illegally present in the United States. On the
    same date, Dimetti Escalona was transported to the Phoenix ICE office for further
    investigation and processing. Dimetti Escalona was held in administrative custody
    until her criminal and immigration records could be obtained and her identity
    confirmed.

3.  Immigration history checks revealed Solange Elena Dimetti Escalona to be a citizen
    of Chile and a previously deported criminal alien. Dimetti Escalona was removed
    from the United States to Chile at or near Los Angeles, California, on or about

2

January 22, 1998, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Dimetti Escalona in any Department of Homeland Security database to suggest that she obtained permission from the Secretary of the Department of Homeland Security to return to the United States after her removal. Dimetti Escalona's immigration history was matched to her by electronic fingerprint comparison.

4. On September 19, 2017, Solange Elena Dimetti Escalona was advised of her constitutional rights.  Dimetti Escalona freely and willingly acknowledged her rights and agreed to provide a statement under oath. Dimetti Escalona stated that her true name is Solange Elena Dimetti Escalona, and that she is a citizen of Chile. Dimetti Escalona stated that she entered the United States near Nogales, fifteen (15) years ago.  Dimetti Escalona further stated that she had been previously removed from the United States on two (2) occasions.

5.  For these reasons, this affiant submits that there is probable cause to believe that on or about September 19, 2017, Solange Elena Dimetti Escalona, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Los Angeles, California, on or about January 22, 1998, and not having obtained the express consent of the Secretary of the Department of Homeland

Security to reapply for admission thereto; in violation of Title 8, United States Code,

Section 1326(a).

Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 20th day of September, 2017.

Eileen S. Willett,
United States Magistrate Judge

4